**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CHAVONNE S. GIBSON**                                                                 **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO.  1:16-cv-00128-DAS**

**VENTURE EXPRESS, INC.**
**and GLENN S. DRUMMOND**                                                          **DEFENDANTS**

## <u>ORDER</u>

Now before the Court is the Defendants' Motion for Summary Judgment [28] requesting that the Court dismiss Plaintiff Gibson's complaint with prejudice. Gibson filed a Response [31], and the Defendants filed a reply [33], making this motion ripe for review.

For all of the reasons fully explained in a separate memorandum opinion issued this same day, the Defendants' Motion for Summary Judgment [28] is DENIED.

SO ORDERED, this the 11th day of September, 2017.


                                                     /s/ David A. Sanders
                                                      UNITED STATES MAGISTRATE JUDGE